U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 20-MJ-06653-VALLE

**UNITED STATES OF AMERICA**

v.

Inmate Name: Antonio James

Inmate #: 502001905

Antonio James  /

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A Criminal Complaint is pending in this Court against Antonio James the above styled case, and it is set for as to the defendant on December 28, 2020 at U.S. District Court, 299 East Broward Blvd., Ft. Lauderdale, Florida 33301

2. The defendant is now confined in the Joseph V. Conte Facility at 1351 NW 27th Avenue, Pompano Beach, FL 33069

3. It is necessary to have the defendant before this Court for a Initial Appearance Hearing as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said Initial Appearance and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *[signature]*
Ajay Alexander
ASSISTANT UNITED STATES ATTORNEY

cc: U.S. Attorney (AUSA Ajay Alexander )